# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parker, Thomas M. | U.S. Dist. Court. Northern Dist. of Ohio | 05/6/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - full time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

801 W. Superior Ave
Chambers 11B
Cleveland, OH 44113

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Urban Vision, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 04/01/16 | Ohio Public Employees Retirement System (participant in traditional service retirement plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/6/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Ohio Public Employees Retirement System (retirement benefit) | $15,433.32 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Christ Community Chapel (fka Hudson Community Chapel) - spouse's salary |
| 2. 2019 | Scanlon Group Co., LPA - spouse's salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center/Mass. General Hospital Center for Law & Brain Behavior. | June 25-27, 2019 | Cambridge, MA | Workshop on Science Informed Decision Making at Harvard Law School | Transportation, lodging, meals |
| 2. | The Aspen Institute | November 15-17, 2019 | Nashville, TN | Justice & Society Program 6th Circuit Custom Seminar | Lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/6/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. William D. Ford Federal Direct Student Loan Program | Student Loan (co-signer) | K |
| 2. UBS | Line of Credit | K |
| 3. Federal Direct Student Loan Program | Student Loan (co-signer) | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AIG Focused Dividend Strategy Fund Class W: FDSWX | A | Dividend | | | Sold (part) | 06/28/19 | J | | |
| 2. | | | | | Sold (part) | 08/06/19 | J | | |
| 3. | | | | | Sold (part) | 11/20/19 | J | A | |
| 4. | | | | | Sold | 12/06/19 | K | A | |
| 5. AKRE Focus Fund Class Instl: AKRIX | B | Distribution | K | T | Buy (add'l) | 01/25/19 | J | | |
| 6. | | | | | Sold (part) | 05/22/19 | J | A | |
| 7. | | | | | Sold (part) | 11/20/19 | J | A | |
| 8. Alger Spectra Fund, Cl Z: ASPZX | B | Distribution | K | T | Sold (part) | 01/25/19 | J | C | |
| 9. | | | | | Sold (part) | 04/24/19 | J | A | |
| 10. | | | | | Sold (part) | 05/02/19 | J | A | |
| 11. | | | | | Sold (part) | 05/22/19 | J | A | |
| 12. | | | | | Sold (part) | 06/28/19 | J | A | |
| 13. | | | | | Sold (part) | 09/06/19 | J | A | |
| 14. | | | | | Sold (part) | 10/10/19 | J | A | |
| 15. | | | | | Sold (part) | 11/20/19 | J | A | |
| 16. American Century Equity Income Fund, Class I: ACIIX | B | Dividend | K | T | Sold (part) | 10/10/19 | J | A | |
| 17. | | | | | Sold (part) | 11/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baron Discovery Fund, Class I: BDFIX | A | Distribution | K | T | Sold (part) | 11/20/19 | J | A | |
| 19. Blackrock High Yield Bond Fund 1: BHYIX | B | Dividend | K | T | Sold (part) | 11/20/19 | J | | |
| 20. BNY Mellon Global Fixed Income Fund - Class 1: SDGIX (new name) | A | Dividend | J | T | Sold (part) | 07/25/19 | J | A | |
| 21. | | | | | Sold (part) | 08/01/19 | J | A | |
| 22. | | | | | Sold (part) | 11/20/19 | J | A | |
| 23. Delaware Value Fund Institutional Cl 1: DDVIX | B | Dividend | K | T | Sold (part) | 10/10/19 | J | A | |
| 24. | | | | | Sold (part) | 11/20/19 | J | A | |
| 25. Doubleline Schiller Enhanced Cap Class 1: DSEEX (X) | | None | K | T | Buy | 12/09/19 | K | | |
| 26. Double Line Total Return Fund Institutional: DBLTX | B | Dividend | K | T | Sold (part) | 05/22/19 | J | | |
| 27. | | | | | Sold (part) | 11/20/19 | J | | |
| 28. Double Line Schiller Enhanced Cap Class 1: DSEEX | A | Dividend | K | T | | | | | |
| 29. Dreyfus/Stndsh Glbl Fxd Inc Fnd Cl. 1: SDGIX (old name; see BNY above) | | None | | | Sold (part) | 05/22/19 | J | | |
| 30. Exxon Mobil Corp common stock: XOM | A | Dividend | J | T | | | | | |
| 31. Gabelli Small Cap Growth fund Cl. 1: GACIX | C | Dividend | K | T | Sold (part) | 04/24/19 | J | A | |
| 32. | | | | | Sold (part) | 05/01/19 | J | A | |
| 33. | | | | | Sold (part) | 10/10/19 | J | A | |
| 34. | | | | | Sold (part) | 11/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parker, Thomas M.** | 05/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Invesco Large Cap Gwth ETF DE: PWB | A | Dividend | K | T | Sold (part) | 11/20/19 | J | A | |
| 36. Invesco S&P 500 High Divid Low Volatility ETF: SPHD | A | Dividend | K | T | Sold (part) | 01/11/19 | J | A | |
| 37. | | | | | Sold (part) | 03/12/19 | J | A | |
| 38. | | | | | Sold (part) | 01/11/19 | J | A | |
| 39. | | | | | Sold (part) | 11/20/19 | J | A | |
| 40. Invesco S&P Midcap Low Volatility ETF: XMLV | A | Dividend | K | T | Sold (part) | 08/06/19 | J | A | |
| 41. | | | | | Sold (part) | 11/20/19 | J | A | |
| 42. Janus Henderson Enterprise Fund Class I: JMGRX | B | Dividend | K | T | Sold (part) | 05/22/19 | J | A | |
| 43. | | | | | Sold (part) | 06/28/19 | J | A | |
| 44. | | | | | Sold (part) | 11/20/19 | J | A | |
| 45. John Hancock 2 Strategic Income Opportunity Fund Cl. 1: JIPIX | A | Dividend | K | T | Sold (part) | 11/20/19 | J | | |
| 46. Legg Mason Western Asset Macro Opportunities Fund Cl. 1: LAOIX | B | Dividend | K | T | Sold (part) | 02/07/19 | J | A | |
| 47. | | | | | Sold (part) | 07/10/19 | J | A | |
| 48. | | | | | Sold (part) | 09/06/19 | J | A | |
| 49. | | | | | Sold (part) | 11/20/19 | J | A | |
| 50. Loomis Sayles Bond Fund Class Institutional: LSBDX | A | Dividend | K | T | Sold (part) | 11/20/19 | J | | |
| 51. Mainstay Mainstay Floating Rate 1: MXFIX | A | Dividend | K | T | Sold (part) | 11/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Oakmark International Fund Cl. 1: OAKIX | A | Dividend | K | T | Sold<br>(part) | 04/10/19 | J | A | |
| 53. | | | | | | Sold<br>(part) | 06/28/19 | J | A | |
| 54. | | | | | | Sold<br>(part) | 08/06/19 | J | | |
| 55. | | | | | | Sold<br>(part) | 10/02/19 | J | | |
| 56. | | | | | | Sold<br>(part) | 10/10/19 | J | A | |
| 57. | | | | | | Sold<br>(part) | 11/20/19 | J | A | |
| 58. | PGIM Global Total Return Fund, Inc. Cl. Z:<br>PZTRX | B | Dividend | K | T | Sold<br>(part) | 11/20/19 | J | A | |
| 59. | | | | | | Sold<br>(part) | 12/12/19 | J | A | |
| 60. | PGIM Jennison MLP Cl Z: PRPZX | B | Distribution | K | T | Sold<br>(part) | 11/20/19 | J | A | |
| 61. | Virtus Vontobel Emerging Markets<br>Opportunities Fund Cl. 1: HIEMX | B | Dividend | L | T | Sold<br>(part) | 10/10/19 | J | A | |
| 62. | | | | | | Sold<br>(part) | 11/20/19 | J | A | |
| 63. | UBS Bank | A | Interest | J | T | | | | | |
| 64. | UBS Bank (IRA Rollover Acct.) | A | Interest | J | T | | | | | |
| 65. | AKRE Focus Fnd., Cl., INSTL: AKRIX<br>(IRA) (X) | B | Distribution | K | T | Buy | 07/09/19 | K | | |
| 66. | American Century Emerging Markets Fnd.,<br>Cl. 1: AMKIX (IRA (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 67. | American Century Equity Inc Fund, Cl. I:<br>ACIIX (IRA) (X) | C | Dividend | K | T | Buy | 07/09/19 | K | | |
| 68. | Angel Oak Multi-Strategy Income Fund Cl.<br>Instl: ANGIX (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parker, Thomas M.** | 05/6/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Baron Discovery Fnd., Cl. 1: BDFIX (IRA) (X) | A | Distribution | K | T | Buy | 07/09/19 | K | | |
| 70. Blackrock Event Driven Equity Fnd, Cl. Instl: BILPX (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 71. Invesco S&P Mid Cap Low Volatility ETF: XMLV (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 72. Invesco S&P Small Cap Low Volatility EFT: XSLV (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 73. ISHARES IBOXX INVT GRADE BOND ETF: LQD | A | Dividend | | | Sold | 07/09/19 | J | B | |
| 74. ISHARES CORE US AGGRGT BOND ETF IV: AGG | A | Dividend | | | Sold | 07/09/19 | K | | |
| 75. ISHARES CORE US TREASURY BOND ETF: GOVT | A | Dividend | | | Sold | 07/09/19 | K | | |
| 76. ISHARES MSCI ACWI ETF IV: ACWI | A | Dividend | | | Sold | 07/09/19 | L | D | |
| 77. ISHARES MSCI EAFE SMALL CAP ETF: SCZ | A | Dividend | | | Sold | 07/09/19 | K | A | |
| 78. Janus Henderson Enterprise Fnd., Cl. 1: JMGRX (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 79. JP Morgan Hedged Equity Fnd., Cl. 1: JHEQX (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 80. Lord Abbett Bond Debent. Fnd., Cl. F: LBDFX (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 81. MFS Intl. Diversification Fnd., Cl. 1: MDIJX (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 82. Morgan Stanley Inst. Intl. Opportunities Fnd., Cl. 1:MIOIX (IRA) (X) | | None | K | T | Buy | 07/09/19 | K | | |
| 83. PGIM Jennison Global Opps. Fnd. Cl. Z: PRJZX (IRA) (X) | | None | K | T | Buy | 07/09/19 | K | | |
| 84. PGIM Short Duration. High Yld. Inc. Fnd., Cl. Z: HYSZX (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 85. PGIM Total Return Bond Fnd., Cl. Z: PDBZX (IRA) (X) | B | Dividend | K | T | Buy | 07/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/6/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Income Fnd. Cl. 12: PONPX (IRA) (X) | A | Dividend | K | T | Buy | 07/09/19 | K | | |
| 87. SPDR DOW JONES GLOBAL REAL ESTATE ETF: RWO | A | Dividend | | | Sold | 07/09/19 | K | A | |
| 88. SPDR MSCI ACWI EX-US ETF: CWI | B | Dividend | | | Sold | 07/09/19 | L | D | |
| 89. SPDR S&P GLOBAL INFRASTRUCTURE ETF: GII | A | Dividend | | | Sold | 07/09/19 | K | C | |
| 90. SPDR S&P GLOBAL NATURAL RESOURCS ETF: GNR | A | Dividend | | | Sold | 07/09/19 | K | C | |
| 91. VANGUARD FTSE EMERGING MARKETS EFT: VWO | A | Dividend | | | Sold | 07/09/19 | J | A | |
| 92. VANGUARD MID CAP ETF IV: VO | A | Dividend | | | Sold | 07/09/19 | J | C | |
| 93. VANGUARD MORTGAGE BACKED SEC ETF: VMBS | A | Dividend | | | Sold | 07/09/19 | J | | |
| 94. VANGUARD RUSSELL 1000 GROWTH ETF IV: VONG | A | Dividend | | | Sold | 07/09/19 | K | D | |
| 95. VANGUARD RUSSELL 1000 VALUE ETF IV: VONV | A | Dividend | | | Sold | 07/09/19 | K | C | |
| 96. VANGUARD TOTAL STOCK MARKET ETF: VTI | B | Dividend | L | T | Sold (part) | 07/09/19 | K | C | |
| 97. Blackrock College Advantage 529 2020 A | | None | K | T | | | | | |
| 98. PNC Bank Savings Account | A | Interest | J | T | | | | | |
| 99. PNC Bank Savings Account | A | Interest | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parker, Thomas M.** | 05/6/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In reports for years 2016-2018, I listed Trusteee positions for trusts that were established by my mother prior to her death (for the benefit of ▮▮▮▮▮▮ ▮▮▮▮▮▮ ). I received no income from my service as trustee and had no beneficial interest in trust assets. I caused the remaining trust assets to be issued to the beneficiaries prior to 12/31/17; and the trusts were terminated in 2018. I have not, therefore, listed the Trustee positions in Part I of this 2019 report and will eliminate this notification in my report for 2020.

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Thomas M. | 05/6/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Parker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544